```
BK 16798  PGS 441 - 442    04/01/2014  03:29:24 PM
INSTR # 2014011573         DEBRA ANDERSON
RECEIVED YORK SS           REGISTER OF DEEDS
```

RECORDING REQUESTED BY AND WHEN RECORDED RETURN TO:
CALIBER HOME LOANS
13801 Wireless Way
Oklahoma City, OK 73134

Prepared By:   **Linda Perez**           Loan Number:
MERS Min:
Parcel ID::

Space Above This Line For Recorder's Use

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned **HOUSEHOLD FINANCE CORPORATION II** whose address is **636 GRAND REGENCY BLVD., BRANDON, FL 33510**, hereby grants, assigns and transfers to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST** whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134** all beneficial interest under that certain mortgage/Deed of Trust/Security Deed dated **10/19/2006** executed by **WARREN G COUSINS JR and KRISTI COUSINS** to **HOUSEHOLD FINANCE CORPORATION II** in the amount of **$280,550.56** and recorded on **10/23/2006** as Instrument # **2006059007**, in Book/Volume or Liber No. **14988** , Page/folio **146** of Official Records in the County Recorder's office of YORK County, ME, describing land herein as: **'SEE ATTACHED 'EXHIBIT A'**

Property Address:   **317 TATNIC RD., WELLS ME 04090**

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said mortgage/Deed of Trust/Security Deed.

HOUSEHOLD FINANCE CORPORATION II, BY
CALIBER HOME LOANS, INC. AS ITS ATTORNEY-IN-FACT

Witness #1 Alyssa Salyers

Witness #2 Naomi Feistel

By: **Nathaniel Mansi**
Title: **Ass't Vice President**

County of San Diego )
State of California )

On March 12, 2014 before me, Angelika G. Garrow, Notary Public, personally appeared, Nathaniel Mansi, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand official seal,

Notary Name: Angelika G. Garrow         My Commission Expires: 7-12-17



ANGELIKA G. GARROW
Commission # 2033089
Notary Public - California
San Diego County
My Comm. Expires Jul 12, 2017



EXHIBIT D

EXHIBIT 'A' – LEGAL DESCRIPTION

A CERTAIN LOT OR PARCEL OF LAND TOGETHER WITH THE BUILDINGS THEREON, SITUATED IN THE TOWN OF WELLS, COUNTY OF YORK AND STATE OF MAINE AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

MEANING AND INTENDING TO CONVEY HEREBY AND HEREBY CONVEYING LOT #5 AS THE SAME IS DEPICTED ON A PLAN OF LAND ENTITLED 'FINAL PLAN OF INTERVALE LOCATED IN WELLS, MAINE OWNED BY PINEWOOD BUILDERS' RECORDED IN THE YORK COUNTY REGISTRY OF DEEDS IN PLAN BOOK 92, PAGE 11, REFERENCE TO WHICH IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY HEREIN CONVEYED. TAX MAP OR PARCEL ID NO.: TM 13 LOT 26-5

8 pg TO SHAPIRO & MORLEY (S7800)