NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED  Bk 18044  PG 529
Instr # 2019038623
09/13/2019 09:58:17 AM
Pages 2   YORK CO

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____
Loan No:

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST**, whose address is **13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134**, (ASSIGNOR), does hereby grant, assign and transfer to **CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST**, whose address is **388 GREENWICH STREET, 14TH FLOOR, NEW YORK, NY 10013**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 10/19/2006
Original Loan Amount: **$280,550.56**
Executed by (Borrower(s)): **WARREN G. COUSINS, JR. & KRISTI COUSINS**
Original Lender: **HOUSEHOLD FINANCE CORPORATION II**
Filed of Record: In Mortgage Book/Liber/Volume **14988**, Page **0146**
Document/Instrument No: **2006059007** in the Recording District of **YORK, ME**, Recorded on **10/23/2006**.

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 8/26/2019

**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., ITS ATTORNEY-IN-FACT, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: **KATHRYN CREMER**
Title: **VICE PRESIDENT**

Witness Name: **JOHN GASKIN**

EXHIBIT E

| | |
|---|---|
| A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT | |

State of **FLORIDA**
County of **PINELLAS**

On 8/26/2019, before me, **RYAN M. MAUCK**, a Notary Public, personally appeared **KATHRYN CREMER, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR CALIBER HOME LOANS, INC., AS ATTORNEY-IN-FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify KATHRYN CREMER, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_signature_

(Notary Name): **RYAN M. MAUCK**
My commission expires: 1/16/2022

RYAN M. MAUCK
Commission # GG 175956
Expires January 16, 2022
Bonded Thru Budget Notary Services