NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED   Bk 19003   PG 707
Instr # 2022016922
04/15/2022   12:27:44 PM
Pages 1           YORK CO

Record and Return to:
Doonan, Graves & Longoria, LLC
Attn: Matthew N. Kelly
100 Cummings Center
Suite 303C
Beverly, MA 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust**, whose address is 425 S. Financial Place, Suite 2000, Chicago, IL 60605 ("ASSIGNOR"), hereby sells, assigns, and transfers to **U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E**, whose address is 425 S. Financial Place, Suite 2000, Chicago, IL 60605 ("ASSIGNEE"), the Assignor's interest in a certain note; and mortgage to **Household Finance Corporation II** made by **Warren G. Cousins Jr and Kristi Cousins** has been given to secure payment of the sum of $280,550.56 and interest, dated October, 19 2006, in **York County Registry of Deeds** in **Book 14988, Page 0146**, describing land therein as:

**317 Tatnic Road, Wells, ME 04090**

Dated: MAR 2 8 2022

U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust by Fay Servicing, LLC, its Attorney-in-Fact, Assignor

By: ReGina McAninch
Its: Assistant Secretary

### CORPORATE ACKNOWLEDGMENT

State of Texas )
County of Dallas ) ss.

On the 28th day of March in the year 2022 before me, the undersigned, personally appeared ReGina McAninch, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

KYLETHIA Y DAVIS
Notary Public
STATE OF TEXAS
ID# 125232513
My Comm. Exp. May. 16, 2025

Notary Public
My commission expires: MAY 1 6 2025

EXHIBIT G