# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E | CIVIL ACTION NO: 2:22-cv-00323-JAW |
| **Plaintiff** | **MOTION TO STAY AND REFER TO STATE OF MAINE FORECLOSURE DIVERSION PROGRAM** |
| **vs.** | |
| Warren G. Cousins, Jr. and Kristi Cousins | RE: 317 Tatnic Road, Wells, ME 04090 |
| **Defendants** | |
| LVNV Funding, LLC U.S. Bank National Association, Not in its individual capacity, but solely as Trustee of NRZ Recovery Trust Helen Cousins | Mortgage: October 19, 2006 Book 14988, Page 0146 |
| **Parties-in-Interest** | |

NOW COMES the Plaintiff, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E, by and through undersigned counsel, and hereby requests that this Honorable Court enter an Order staying this case and referring this matter to the State of Maine Foreclosure Diversion Program.  As grounds therefore, undersigned counsel for Plaintiff states that John Z. Steed, Esq. has advised he represents the Defendants, Warrant G. Cousins, Jr. and Kristi Cousins, and that he intends to file a Notice of Appearance for the Defendants.  Although the parties were previously engaged in settlement via trial modification, it appears that has not been successful, and the parties would like to attend mediation to explore alternative settlement options.  John Z. Steed, Esq., as attorney for the Defendants, consents to the filing of this Motion to Stay and Refer to the State of Maine Foreclosure Diversion Program.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that this matter be stayed in its entirety, and referred to the State of Maine Foreclosure Diversion Program to allow the parties the opportunity to explore potential settlement options for the subject loan.

DATED: March 22, 2023

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 22nd day of March 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746

Warren G. Cousins, Jr.
317 Tatnic Road
Wells, ME 04090

Kristi Cousins
317 Tatnic Rd
Wells, ME 04090

John Z. Steed, Esq.
43 School Street
P.O. Box 771
Stonington, ME 04681

LVNV Funding, LLC
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330

U.S. Bank National Association, Not on its individual capacity, but solely as Trustee of NRZ Recovery Trust
75 Beattie Place, Suite 300
Greenville, SC 29601

Helen Cousins
P.O. Box 426
Moody, ME 04054